Jason R. Hull [11202]
jhull@mohtrial.com
Trevor C. Lang [14232]
tlang@mohtrial.com
**Marshall Olson & Hull, pc**
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Telephone: 801.456.7655

(*Additional Counsel Listed Below*)

Attorneys For Plaintiffs and
Interim Liaison Class Counsel

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **IN RE C.R. ENGLAND, INC. DATA BREACH LITIGATION** | **ORDER GRANTING STIPULATED MOTION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS [ECF NO. 26]**<br><br>Lead Case No. 2:22-cv-374-DAK-JCB |

Upon consideration of the Parties Stipulated Motion to Continue Hearing on Defendant's Motion to Dismiss [ECF No. 26], and for good cause,

It is hereby **ORDERED**, that the Court adjourns and continues the hearing on Defendant's Motion to Dismiss (ECF No. 26) currently set for April 6, 2023.

It is further **ORDERED**, that the Parties submit a joint status report within 30 days of the date of this Order, on the status of settlement discussions and whether a new hearing date on the Motion to Dismiss should be set.

SIGNED: April 3rd, 2023

The Honorable Dale A. Kimball
USDC for the District of Utah