IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE C.R. ENGLAND, INC.<br><br>DATA BREACH LITIGATION | **ORDER**<br><br>Civil No. 2:22-CV-374-DAK-JCB<br><br>Judge Dale A. Kimball |

Upon consideration of the parties' Joint Status Report on Defendant's Motion to Dismiss [ECF No. 26], and for good cause,

It is hereby **ORDERED** that the court further adjourns and continues the hearing on Defendant's Motion to Dismiss (ECF No. 26); and

It is further **ORDERED** that 30 days from the date of this Order, the parties submit a further joint status report informing the court whether a settlement in principle has been achieved, or alternatively, whether the court should set a new hearing date on Defendant's Motion to Dismiss (ECF No. 26).

DATED this 4th day of May, 2023.

Judge Dale A. Kimball
United States District Court Judge