IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE C.R. ENGLAND, INC.<br><br>DATA BREACH LITIGATION | **ORDER**<br><br>Civil No. 2:22-CV-374-DAK-JCB<br><br>Judge Dale A. Kimball |

Upon consideration of the Parties' Joint Status Report on Defendant's Motion to Dismiss [ECF No. 39], and for good cause,

It is hereby **ORDERED** that the Court further schedules the hearing on Defendant's Motion to Dismiss (ECF No. 26) for August 30, 2023, at 2:00 p.m. Mountain Daylight Time; and

It is further **ORDERED** that to the extent the Parties reach a settlement in principle before the Motion to Dismiss hearing, they shall promptly inform the Court of such settlement.

DATED this 5th day of June, 2023.

_____
Judge Dale A. Kimball
United States District Court for the District of Utah