Elaina M. Maragakis (7929)
Scott A. Hagen (4840)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT  84145-0385
Telephone:  (801) 532-1500
Facsimile   (801) 532-7543
emaragakis@rqn.com
shagen@rqn.com

*Attorneys for Defendant C.R. England, Inc.*

Jason R. Hull (11202)
jhull@mohtrial.com
Trevor C. Lang (14232)
tlang@mohtrial.com
MARSHALL OLSON & HULL, PC
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Telephone: (801) 456-7655

*Attorneys for Plaintiffs and Interim Liaison Class Counsel*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE C.R. ENGLAND, INC. DATA BREACH LITIGATION | **ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS**<br><br>Civil No. 2:22-CV-374-DAK-JCB<br><br>Judge Dale A. Kimball |

Upon consideration of the Stipulated Motion to Stay Proceedings, and for good cause,

It is hereby **ORDERED** as follows:

1. The Court grants the Parties' motion to stay the proceedings;

2. Except as necessary to effectuate the contemplated settlement, all proceedings and deadlines in this Consolidated Action are hereby stayed to allow the parties time to formalize a settlement agreement and submit it to the Court for review and approval;

3. The Court hereby strikes the hearing set for August 30, 2023, at 2:00 p.m. on Defendant's Motion to Dismiss the Consolidated Amended Class Action Complaint;

4. Plaintiffs shall file a motion for preliminary approval of the settlement on or before September 11, 2023 or, if said motion cannot be filed by that date, the Parties shall submit a joint status report on that date;

5. Defendant's Motion to Dismiss (Docket Entry 26) is denied without prejudice. If settlement negotiations are unsuccessful, Defendant may refile the motion.

DATED this 10th day of August, 2023.

*[signature]*
Judge Dale A. Kimball
United States District Court for the District of Utah

APPROVED BY:

*/s/ Elaina M. Maragakis (with permission)*
Elaina M. Maragakis
Scott A. Hagen
RAY QUINNEY & NEBEKER P.C.
*Attorneys for Defendant*
*C.R. England, Inc.*

*/s/ Jason R. Hull*
Jason R. Hull
Trevor C. Lang
MARSHALL OLSON & HULL, PC
*Attorneys for Plaintiffs and Interim Liaison*
*Class Counsel*